IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
(Alexandria Division)

| | |
|---|---|
| SOUTHWEST AIRLINES CO., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| - against- | ) Civil Action No. 1:12-cv-00062-LO-TRJ |
| | ) |
| HILTON HHONORS WORLDWIDE, L.L.C., | ) |
| | ) |
| Defendant. | ) |
| _____ | ) |

**NOTICE OF APPEARANCE**

Please enter the appearance of Michelle Gambino (VA Bar No. 70708) with the law firm of McGuireWoods LLP as counsel for Defendant Hilton HHonors Worldwide, L.L.L. in the above-captioned case.  The undersigned requests that all parties and interested persons serve copies of any and all papers, notices and correspondence on the undersigned at her address listed below.

Dated:  January 25, 2012

Respectfully submitted,

_____/s/  Michelle Gambino_____
John D. Wilburn (VSB # 41141)
Michelle D. Gambino (VSB# 70708)
Stephen Mulligan (VSB #78858)
McGuireWoods LLP
1750 Tysons Boulevard, Suite 1800
McLean, Virginia 22102
Phone: (703) 712-5000
Fax:  (703) 712-5282
jwilburn@mcguirewoods.com
mgambino@mcguirewoods.com
smulligan@mcguriewoods.com
*Counsel for Defendant Hilton HHonors Worldwide, L.L.L.*

**CERTIFICATE OF SERVICE**

I, the undersigned, electronically filed the foregoing with the Clerk of Court using the CM/ECF system, this 25th day of January, 2012 which will send a copy of the foregoing to all counsel of record to:

>Karla L. Palmer
>Hyman Phelps & McNamara, PC
>700 Thirteenth Street, N.W., Suite 1200
>Washington, DC 20005
>Tel: (202) 737-5600
>Fax: (202) 737-9329
>kpalmer@hpm.com
>
>Of Counsel:
>
>Brett D. Jaffe
>Lawrence J. Lee
>Matthew V. Povolny
>Cohen & Gresser LLP
>800 Third Avenue
>New York, NY 10022
>Tel: (212) 957-7600
>Fax: (212) 957-4514
>bjamme@cohengresser.com
>llee@cohengresser.com
>mpovolny@cohengresser.com
>
>*Attorneys for Plaintiff Southwest Airlines Co.*

                          /s/
                       Michelle Gambino (VSB # 70708)
                       McGuireWoods LLP
                       1750 Tysons Boulevard, Suite 1800
                       McLean, Virginia 22102
                       Phone: (703) 712-5000
                       Fax: (703) 712-5282
                       mgambino@mcguirewoods.com

\36641384.1