

UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | | |
|---|---|---|
| SOUTHWEST AIRLINES, CO., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action. No.: 1:12-cv-62 |
| | ) | |
| HILTON HHONORS | ) | |
| WORLDWIDE, L.L.C., | ) | |
| | ) | |
| Defendant. | ) | |

### ORDER

This matter comes before the Court on Southwest Airlines Co.'s ("Southwest") Motions for a Temporary Restraining Order, Preliminary Injunction, and Expedited Discovery (Dkt. Nos. 3, 4, 5). Southwest and Hilton HHonors Worldwide, L.L.C. resolved the pending motions by agreement during the course of the January 20, 2012 hearing before this Court. Accordingly, for the reasons stated in open court and good cause shown, it is hereby

ORDERED that Southwest's Motions are deemed WITHDRAWN without prejudice.

January 25, 2011
Alexandria, Virginia

/s/ LOG
Liam O'Grady
United States District Judge