IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | | |
|---|---|---|
| SOUTHWEST AIRLINES CO., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No.1:12cv00062 |
| | ) | (LO-TRJ) |
| HILTON HHONORS WORLDWIDE, LLC., | ) | |
| | ) | |
| Defendant. | ) | |
| ⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯ | ) | |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 20th day of January 2012, a copy of the Affidavit

of Scott Brennan was served via the Court's electronic filing system as well as electronic

mail and first class mail to:

> Karla L. Palmer
> Hyman Phelps & McNamara, PC
> 700 Thirteenth Street, N.W., Suite 1200
> Washington, DC  20005
> Tel: (202) 737-5600
> Fax: (202) 737-9329
> kpalmer@hpm.com

> *Attorneys for Plaintiff Southwest Airlines Co.*

AND I FURTHER CERTIFY that on the 20th day of January 2012, a true copy of

the Affidavit of Scott Brennan was served via electronic mail and first class mail upon the

following:

Brett D. Jaffe
Lawrence J. Lee
Matthew V. Povolny
Cohen & Gresser LLP
800 Third Avenue
New York, NY  10022
Tel:  (212) 957-7600
Fax:  (212) 957-4514
bjaffe@cohengresser.com
llee@cohengresser.com
mpovolny@cohengresser.com

*Attorneys for Plaintiff Southwest Airlines Co.*

Dated:  February 1, 2012                    Respectfully submitted,


                                    ____/s/  Stephen Mulligan_____
                                    John D. Wilburn (VSB # 41141)
                                    Michelle Gambino (VSB # 70708)
                                    Stephen Mulligan (VSB #78858)
                                    McGuireWoods LLP
                                    1750 Tyson's Boulevard, Suite 1800
                                    McLean, Virginia 22102
                                    Phone: (703) 712-5000
                                    Fax:  (703) 712-5282
                                    jwilburn@mcguirewoods.com
                                    mgambino@mcguirewoods.com
                                    smulligan@mcguriewoods.com

                                    *Counsel   for   Defendant   Hilton*
                                    *HHonors Worldwide, L.L.L.*

\36859515.1