**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**Alexandria Division**

| | | |
|---|---|---|
| **SOUTHWEST AIRLINES CO.,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| v. | ) | **Case No.1:12cv00062** |
| | ) | **(LO-TRJ)** |
| **HILTON HHONORS WORLDWIDE, LLC.,** | ) | |
| | ) | |
| **Defendant.** | ) | |
| | ) | |

**NOTICE OF FILING**

On January 20, 2012 HILTON HHONORS WORLDWIDE, LLC., by counsel,

electronically filed an Affidavit of Scott Brennan (Docket No. 17) with the Court without the

Certificate of Service.

Accordingly, undersigned counsel respectfully requests that the Court supplement the

filing to include the attached Certificate of Service.

Dated:  February 1, 2012                       Respectfully submitted,

                                                            /s/  Stephen Mulligan
                                               John D. Wilburn (VSB # 41141)
                                               Michelle Gambino (VSB # 70708)
                                               Stephen Mulligan (VSB #78858)
                                               McGuireWoods LLP
                                               1750 Tyson's Boulevard, Suite 1800
                                               McLean, Virginia 22102
                                               Phone: (703) 712-5000
                                               Fax:  (703) 712-5282
                                               jwilburn@mcguirewoods.com
                                               mgambino@mcguirewoods.com
                                               smulligan@mcguirewoods.com

                                               *Counsel   for   Defendant   Hilton*
                                               *HHonors Worldwide, L.L.L.*

## CERTIFICATE OF SERVICE

I, the undersigned, electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send a notification of filing of the foregoing to the below counsel of record this 1st day February, 2012.

> Karla L. Palmer
> Hyman Phelps & McNamara, PC
> 700 Thirteenth Street, N.W., Suite 1200
> Washington, DC  20005
> Tel: (202) 737-5600
> Fax: (202) 737-9329
> kpalmer@hpm.com
>
> *Attorneys for Plaintiff Southwest Airlines Co.*

AND I FURTHER CERTIFY that on this 1st day of February 2012, a true copy of the foregoing Notice of Filing was served first class mail upon the following:

> Brett D. Jaffe
> Lawrence J. Lee
> Matthew V. Povolny
> Cohen & Gresser LLP
> 800 Third Avenue
> New York, NY  10022
> Tel:  (212) 957-7600
> Fax:  (212) 957-4514
> bjaffe@cohengresser.com
> llee@cohengresser.com
> mpovolny@cohengresser.com
>
> *Attorneys for Plaintiff Southwest Airlines Co.*

> _____/s/_____
> Stephen Mulligan (VSB #78858)
> McGuireWoods LLP
> 1750 Tysons Boulevard, Suite 1800
> McLean, Virginia 22102
> Phone: (703) 712-5000
> Fax:  (703) 712-5282
> smulligan@mcguriewoods.com

\36854022.1

2