IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| SOUTHWEST AIRLINES CO., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No.1:12cv00062 |
| ) | (LO-TRJ) |
| HILTON HHONORS WORLDWIDE, LLC., ) | |
| ) | |
| Defendant. ) | |
| ) | |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 20th day of January 2012, a copy of the Affidavit of Perryman Maynard was served via the Court's electronic filing system as well as by electronic mail and first class mail to:

> Karla L. Palmer
> Hyman Phelps & McNamara, PC
> 700 Thirteenth Street, N.W., Suite 1200
> Washington, DC 20005
> Tel: (202) 737-5600
> Fax: (202) 737-9329
> kpalmer@hpm.com

*Attorneys for Plaintiff Southwest Airlines Co.*

AND I FURTHER CERTIFY that on the 20th day of January 2012, a true copy of the Affidavit of Perryman Maynard was served via electronic mail and first class mail upon the following:

Brett D. Jaffe
Lawrence J. Lee
Matthew V. Povolny
Cohen & Gresser LLP
800 Third Avenue
New York, NY 10022
Tel: (212) 957-7600
Fax: (212) 957-4514
bjaffe@cohengresser.com
llee@cohengresser.com
mpovolny@cohengresser.com

*Attorneys for Plaintiff Southwest Airlines Co.*

Dated: February 1, 2012                    Respectfully submitted,

                                                                /s/ Stephen Mulligan
John D. Wilburn (VSB # 41141)
Michelle Gambino (VSB # 70708)
Stephen Mulligan (VSB #78858)
McGuireWoods LLP
1750 Tyson's Boulevard, Suite 1800
McLean, Virginia 22102
Phone: (703) 712-5000
Fax: (703) 712-5282
jwilburn@mcguirewoods.com
mgambino@mcguirewoods.com
smulligan@mcguriewoods.com

*Counsel for Defendant Hilton HHonors Worldwide, L.L.L.*

\36859333.1