IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| SOUTHWEST AIRLINES CO., | ) |
| Plaintiff, | ) ) ) |
| v. | ) Case No.1:12cv00062 |
| | ) (LO-TRJ) |
| HILTON HHONORS WORLDWIDE, LLC., | ) ) |
| Defendant. | ) ) |

## NOTICE OF FILING

On January 20, 2012 HILTON HHONORS WORLDWIDE, LLC., by counsel, electronically filed an Affidavit of Perryman Maynard (Docket No. 16) with the Court without the Certificate of Service.

Accordingly, undersigned counsel respectfully requests that the Court supplement the filing to include the attached Certificate of Service.

Dated: February 1, 2012

Respectfully submitted,

/s/ Stephen Mulligan
John D. Wilburn (VSB # 41141)
Michelle Gambino (VSB # 70708)
Stephen Mulligan (VSB #78858)
McGuireWoods LLP
1750 Tyson's Boulevard, Suite 1800
McLean, Virginia 22102
Phone: (703) 712-5000
Fax: (703) 712-5282
jwilburn@mcguirewoods.com
mgambino@mcguirewoods.com
smulligan@mcguirewoods.com

*Counsel for Defendant Hilton HHonors Worldwide, L.L.L.*

## CERTIFICATE OF SERVICE

I, the undersigned, electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send a notification of filing of the foregoing to the below counsel of record this 1st day February, 2012.

>Karla L. Palmer
>Hyman Phelps & McNamara, PC
>700 Thirteenth Street, N.W., Suite 1200
>Washington, DC 20005
>Tel: (202) 737-5600
>Fax: (202) 737-9329
>kpalmer@hpm.com
>
>*Attorneys for Plaintiff Southwest Airlines Co.*

AND I FURTHER CERTIFY that on this 1st day of February 2012, a true copy of the foregoing Notice of Filing was served first class mail upon the following:

>Brett D. Jaffe
>Lawrence J. Lee
>Matthew V. Povolny
>Cohen & Gresser LLP
>800 Third Avenue
>New York, NY 10022
>Tel: (212) 957-7600
>Fax: (212) 957-4514
>bjaffe@cohengresser.com
>llee@cohengresser.com
>mpovolny@cohengresser.com
>
>*Attorneys for Plaintiff Southwest Airlines Co.*

>                    /s/
>Stephen Mulligan (VSB #78858)
>McGuireWoods LLP
>1750 Tysons Boulevard, Suite 1800
>McLean, Virginia 22102
>Phone: (703) 712-5000
>Fax: (703) 712-5282
>smulligan@mcguirewoods.com

\36858515.1