IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| SOUTHWEST AIRLINES CO., | ) |
| | ) |
| Plaintiff, | ) |
| | ) Civ. Action No. 1:12cv00062-LO-TRJ |
| v. | ) |
| | ) |
| HILTON HHONORS WORLDWIDE, L.L.C., | ) |
| | ) |
| Defendant. | ) |

## NOTICE OF HEARING

PLEASE TAKE NOTICE that on Friday, March 16, 2012 at 10:00 am or as soon thereafter as counsel may be heard, Defendant Hilton HHonors Worldwide, L.L.C. will move the Court for the relief requested in its Motion to Dismiss and Memorandum in Support thereof.

Dated: February 24, 2012

Respectfully submitted,

/s/ John D. Wilburn
John D. Wilburn (VSB # 41141)
Michelle D. Gambino (VSB # 70708)
Stephen Mulligan (VSB #78858)
McGuireWoods LLP
1750 Tysons Boulevard, Suite 1800
Tysons Corner, Virginia 22102
Phone: (703) 712-5000
Fax:  (703) 712-5050
jwilburn@mcguirewoods.com

*Counsel for Defendant Hilton HHonors Worldwide, L.L.C.*

## CERTIFICATE OF SERVICE

I, the undersigned, electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send a copy of the foregoing this 24th day of February, 2012 to:

>Karla L. Palmer
>Hyman Phelps & McNamara, PC
>700 Thirteenth Street, N.W., Suite 1200
>Washington, DC 20005
>Tel: (202) 737-5600
>Fax: (202) 737-9329
>kpalmer@hpm.com

I further certify that I caused copies of the foregoing to be sent via United States mail to the following:

>Brett D. Jaffe
>Lawrence J. Lee
>Matthew V. Povolny
>Cohen & Gresser LLP
>800 Third Avenue
>New York, NY 10022
>Tel: (212) 957-7600
>Fax: (212) 957-4514
>bjaffe@cohengresser.com
>llee@cohengresser.com
>mpovolny@cohengresser.com

>*Attorneys for Plaintiff Southwest Airlines Co.*

>/s/ John D. Wilburn
>John D. Wilburn (VSB # 41141)
>McGuireWoods LLP
>1750 Tysons Boulevard, Suite 1800
>Tysons Corner, Virginia 22102
>Phone: (703) 712-5000
>Fax: (703) 712-5050
>jwilburn@mcguirewoods.com

\37405719.1