IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| SOUTHWEST AIRLINES CO., | ) |
| | ) |
| Plaintiff, | ) |
| | ) Civ. Action No. 1:12cv00062-LO-TRJ |
| v. | ) |
| | ) |
| HILTON HHONORS WORLDWIDE, L.L.C., | ) |
| | ) |
| Defendant. | ) |

## SECOND RE-NOTICE OF HEARING

By agreement of the parties based on their good faith belief that they are approaching a final settlement, Plaintiff Southwest Airlines Co. and Defendant Hilton HHonors Worldwide, L.L.C. hereby file this Second Re-Notice of Hearing on Defendants' Motion to Dismiss and Memorandum in Support thereof for Friday, April 20, 2012 commencing at 10:00 a.m., or as soon thereafter as may be heard; as rescheduled from its current hearing date of Friday, March 30, 2012. Plaintiff and Defendant have further agreed that Plaintiff's Opposition to Defendant's Motion to Dismiss shall be filed on or before April 13, 2012.

Dated: March 23, 2012

Respectfully submitted,

/s/ John D. Wilburn
John D. Wilburn (VSB # 41141)
Michelle D. Gambino (VSB # 70708)
Stephen Mulligan (VSB #78858)
McGuireWoods LLP
1750 Tysons Boulevard, Suite 1800
Tysons Corner, Virginia 22102
Phone: (703) 712-5000
Fax: (703) 712-5050
jwilburn@mcguirewoods.com

*Counsel for Defendant Hilton HHonors Worldwide, L.L.C.*

## CERTIFICATE OF SERVICE

I, the undersigned, electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send a copy of the foregoing this 23rd day of March, 2012 to:

>Karla L. Palmer
>Hyman Phelps & McNamara, PC
>700 Thirteenth Street, N.W., Suite 1200
>Washington, DC 20005
>Tel: (202) 737-5600
>Fax: (202) 737-9329
>kpalmer@hpm.com

I further certify that I caused copies of the foregoing to be sent via United States mail to the following:

>Brett D. Jaffe
>Lawrence J. Lee
>Matthew V. Povolny
>Cohen & Gresser LLP
>800 Third Avenue
>New York, NY 10022
>Tel: (212) 957-7600
>Fax: (212) 957-4514
>bjaffe@cohengresser.com
>llee@cohengresser.com
>mpovolny@cohengresser.com

>*Attorneys for Plaintiff Southwest Airlines Co.*

>/s/ John D. Wilburn
>John D. Wilburn (VSB # 41141)
>McGuireWoods LLP
>1750 Tysons Boulevard, Suite 1800
>Tysons Corner, Virginia 22102
>Phone: (703) 712-5000
>Fax: (703) 712-5050
>jwilburn@mcguirewoods.com

>*Counsel for Defendant Hilton HHonors Worldwide, L.L.C.*

\37405719.1