IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| SOUTHWEST AIRLINES CO., | ) |
| Plaintiff, | ) |
| v. | ) Civ. Action No. 1:12cv00062-LO-TRJ |
| HILTON HHONORS WORLDWIDE, L.L.C., | ) |
| Defendant. | ) |

### THIRD RE-NOTICE OF HEARING

By agreement of the parties based on their good faith belief that they are approaching a final settlement, Plaintiff Southwest Airlines Co. and Defendant Hilton HHonors Worldwide, L.L.C. hereby file this Third Re-Notice of Hearing on Defendants' Motion to Dismiss and Memorandum in Support thereof for Friday, April 27, 2012 commencing at 10:00 a.m., or as soon thereafter as may be heard. Plaintiff and Defendant have further agreed that Plaintiff's Opposition to Defendant's Motion to Dismiss shall be filed on or before April 20, 2012.

Dated: March 23, 2012

Respectfully submitted,

/s/ John D. Wilburn
John D. Wilburn (VSB # 41141)
Michelle D. Gambino (VSB # 70708)
Stephen Mulligan (VSB #78858)
McGuireWoods LLP
1750 Tysons Boulevard, Suite 1800
Tysons Corner, Virginia 22102
Phone: (703) 712-5000
Fax: (703) 712-5050
jwilburn@mcguirewoods.com

*Counsel for Defendant Hilton HHonors Worldwide, L.L.C.*

## CERTIFICATE OF SERVICE

I, the undersigned, electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send a copy of the foregoing this 23rd day of March, 2012 to:

>Karla L. Palmer
>Hyman Phelps & McNamara, PC
>700 Thirteenth Street, N.W., Suite 1200
>Washington, DC 20005
>Tel: (202) 737-5600
>Fax: (202) 737-9329
>kpalmer@hpm.com

I further certify that I caused copies of the foregoing to be sent via United States mail to the following:

>Brett D. Jaffe
>Lawrence J. Lee
>Matthew V. Povolny
>Cohen & Gresser LLP
>800 Third Avenue
>New York, NY 10022
>Tel: (212) 957-7600
>Fax: (212) 957-4514
>bjaffe@cohengresser.com
>llee@cohengresser.com
>mpovolny@cohengresser.com

>*Attorneys for Plaintiff Southwest Airlines Co.*

>/s/ John D. Wilburn
>John D. Wilburn (VSB # 41141)
>McGuireWoods LLP
>1750 Tysons Boulevard, Suite 1800
>Tysons Corner, Virginia 22102
>Phone: (703) 712-5000
>Fax: (703) 712-5050
>jwilburn@mcguirewoods.com

>*Counsel for Defendant Hilton HHonors Worldwide, L.L.C.*