UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
(Alexandria Division)

| | |
|---|---|
| SOUTHWEST AIRLINES CO., | ) |
| Plaintiff, | ) ) ) ) Civ. 12-cv-00062-LO-TRJ |
| v. | ) ) ) |
| HILTON HHONORS WORLDWIDE, L.L.C., | ) ) |
| Defendant. | ) |

## RE-NOTICE OF HEARING

By agreement of the parties, Plaintiff Southwest Airlines Co. and Defendant Hilton HHonors Worldwide, L.L.C. hereby re-notice the hearing on Defendant's Motion to Dismiss to occur on **Friday, May 18, 2012, at 10:00 am**, or as soon thereafter as may be heard; as re-scheduled from the hearing date of Friday, April 27, 2012.  Plaintiff and Defendant have further agreed that Plaintiff's Opposition to Defendant's Motion to Dismiss shall be filed on May 11, 2012.

Respectfully submitted,

Dated: April 20, 2012

/s/ Karla L. Palmer
Karla L. Palmer
(Va. Bar No. 34267)
Hyman, Phelps & McNamara, P.C.
700 Thirteenth Street, N.W., Suite 1200
Washington, D.C. 20005
Phone: (202) 737-5600
Fax: (202) 737-9329
kpalmer@hpm.com

<u>Of Counsel</u>

Brett D. Jaffe
Lawrence J. Lee
Matthew V. Povolny
Cohen & Gresser LLP
800 Third Avenue
New York, NY 10022
Phone: (212) 957-7600
Fax: (212) 957-4514
bjaffe@cohengresser.com
llee@cohengresser.com
mpovolny@cohengresser.com

*Attorneys for Plaintiff Southwest Airlines Co.*

<u>/s/ John D. Wilburn</u>
John D. Wilburn
(Va. Bar No. 41141)
Stephen Mulligan
(Va. Bar No. 78858)
McGuire Woods LLP
1750 Tyson's Boulevard, Suite 1800
McLean, VA 22102
Phone: (703) 712-5000
Fax: (703) 712 5282
jwilburn@mcguirewoods.com
smulligan@mcguirewoods.com

*Attorneys for Defendant Hilton HHonorsWorldwide, L.L.C.*

## CERTIFICATE OF SERVICE

    I, the undersigned, electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send a copy of the foregoing to all counsel of record this 20th day of April 2012.

John D. Wilburn
(Va. Bar No. 41141)
Stephen Mulligan
(Va. Bar No. 78858)
McGuire Woods LLP
1750 Tyson's Boulevard, Suite 1800
McLean, VA 22102
Phone: (703) 712-5000
Fax: (703) 712 5282
jwilburn@mcguirewoods.com
smulligan@mcguirewoods.com

*Attorneys for Defendant Hilton HHonors Worldwide, L.L.C.*

                                         /s/ Karla L. Palmer_____
                                         Karla L. Palmer
                                         (Va. Bar No. 34267)
                                         Hyman, Phelps & McNamara, P.C.
                                         700 Thirteenth Street, N.W., Suite 1200
                                         Washington, D.C. 20005
                                         Phone: (202) 737-5600
                                         Fax: (202) 737-9329
                                         kpalmer@hpm.com