UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
(Alexandria Division)

| | |
|---|---|
| SOUTHWEST AIRLINES CO., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| | ) Civ. No. 1:12-CV-00062-LO-TRJ |
| - against - | ) |
| | ) |
| | ) |
| HILTON HHONORS WORLDWIDE, L.L.C., | ) |
| | ) |
| Defendant. | ) |

**CONSENT MOTION AND ORDER ENTERING STIPULATION OF DISMISSAL WITH PREJUDICE**

On January 19, 2012, Plaintiff Southwest Airlines Co. commenced the above-captioned action against Hilton HHonors Worldwide, L.L.C., (the "Action"), which matter is pending in this Court. The parties hereby notify this Court that they have agreed to settle and dismiss the Action with prejudice, effective upon entry of this Consent Motion and Order Entering Stipulation of Dismissal with Prejudice.

Dated May 22, 2012                               Respectfully submitted,

/s/ Karla L. Palmer _____
Karla L. Palmer
(Va. Bar No. 34267)
Hyman, Phelps & McNamara, P.C.
700 Thirteenth Street, N.W., Suite 1200
Washington, D.C. 20005
Phone: (202) 737-5600
Fax: (202) 737-9329
kpalmer@hpm.com

*Of Counsel*

Brett D. Jaffe (*pro hac vice*)
Lawrence J. Lee (*pro hac vice*)
Matthew V. Povolny (*pro hac vice*)
Cohen & Gresser LLP
800 Third Avenue
New York, NY 10022
Phone:  (212) 957-7600
Fax:  (212) 957-4514
bjaffe@cohengresser.com
llee@cohengresser.com
mpovolny@cohengresser.com

*Attorneys for Plaintiff Southwest Airlines Co.*

_____/s/_____
John D. Wilburn
(Va. Bar No. 41141)
McGuireWoods LLP
1750 Tysons Boulevard, Suite 1800
Tysons Corner, VA  22102
Phone: (703) 712-5000
Fax: (703) 712-5050
jwilburn@mcguirewoods.com

*Attorneys for Defendant Hilton HHonors Worldwide, L.L.C.*


_____
   Hon. Liam M. O'Grady
   United States District Judge

2